UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ADAM REAMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-00559-RLY-MG |
| | ) | |
| BRADEN MITCHELL, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING RECOMMENDATION AND DISMISSING CASE**

On October 31, 2024, *pro se* Plaintiff Adam Reamer failed to appear for a telephonic initial pretrial conference. (Filing No. 24). He then failed to respond to the court's Order to Show Cause directing him to explain his failure to appear. (*See id.*). Accordingly, on November 26, 2024, Magistrate Judge Garcia recommended that this case be dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). (Filing No. 25). Neither party objected.

Having reviewed the recommendation and the record, and there being no objections, the court **ADOPTS** the Magistrate Judge's recommendation (Filing No. 25). Accordingly, this case is **DISMISSED with prejudice** for failure to prosecute. Final judgment shall issue by separate order.

**SO ORDERED** this 16th day of December 2024.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

1

Distributed Electronically to Registered Counsel of Record.

Mail to:
Adam Reamer
10730 N Hwy 41
Bloomingdale, IN 47832