UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ADAM REAMER, | ) |
|        Plaintiff, | ) |
|        v. | ) No. 1:24-cv-00559-RLY-MG |
| BRADEN MITCHELL, | ) |
|        Defendant. | ) |

# FINAL JUDGMENT

Consistent with the Entry issued today dismissing Plaintiff's case, the court now enters final judgment in favor of the Defendant and against the Plaintiff.

**IT IS SO ORDERED** this 16th day of December 2024.

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

Mail to:
Adam Reamer
10730 N Hwy 41
Bloomingdale, IN 47832

1